# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| SOMBAT RICK PUMYETHP,<br><br>    Petitioner,<br><br>    v.<br><br>EDMUND G. BROWN, JR.,<br><br>    Respondent. | No. ED CV 06-661-MMM (PLA)<br><br>**JUDGMENT** |

    Pursuant to the order adopting the magistrate judge's report and recommendation, IT IS ADJUDGED that the petition in this matter is dismissed without prejudice.

DATED: January 24, 2011

_____
HONORABLE MARGARET A. MORROW
UNITED STATES DISTRICT JUDGE